UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JERMAINE TUCKER ) | CIVIL ACTION NO. |
|    Plaintiff ) | 3:22-CV-00709-VAB |
| ) | |
| v. ) | |
| ) | |
| EXECUTIVE AUTO SALES OF CT LLC ) | |
| And ALI KAZME ) | |
|    Defendants ) | MARCH 15, 2023 |
| ) | |

MOTION FOR JUDGMENT

Pursuant to Fed. R Civ. P. 55(b), Plaintiff Jermaine Tucker hereby moves that judgment enter against Defendants Executive Auto Sales of CT LLC and Ali Kazme. Plaintiff seeks a judgment in the form of a monetary award in the amount of $28,500, an award of attorney's fees, and an order granting rescission of the transaction or, alternatively, an order that he validly revoked acceptance of the subject vehicle. Plaintiff also seeks an order permitting him to sell the vehicle and apply the proceeds to the judgment.

In support of this motion, Plaintiff submits a memorandum of law, the affidavit of Jermaine Tucker and attached exhibits, and the declaration of Attorney Daniel S. Blinn.

PLAINTIFF, JERMAINE TUCKER

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on March 15, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy of the foregoing was also mailed to the following:

Ali Kazme
209 Housatonic Drive
Milford, CT 06460

Executive Auto Sales of CT LLC
771 Lakewood Road
Waterbury, CT 06704

Santolo L. Odierna, Esq.
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
sodierna@bpslawyers.com

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn

2