UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JERMAINE TUCKER,
    Plaintiffs                                     Case No. 3:22-cv-709 VAB

v.

EXECUTIVE AUTO SALES OF CT LLC,
ALI KAZME
    Defendants.

## DEFAULT JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On March 15, 2023, the plaintiff filed a motion for default judgment. On January 5, 2024, the Court entered an order (Doc. 27) granting the motion for default judgment in favor of the plaintiff. The court awards Mr. Tucker damages against Executive Auto in the amount of **$20,750**, including $2,000 in statutory damages and $18,750 in attorney's fees under TILA.

The Court further awards Mr. Tucker damages against Executive Auto and Ali Kazme in the amount of **$25,380** under CUTPA, including $12,690 in compensatory damages and $12,690 in punitive damages.

Lastly, Mr. Tucker's acceptance of the vehicle is revoked, and he may dispose of the vehicle and apply the proceeds in partial satisfaction of the judgment. and ordered that this case be closed.

It is therefore ORDERED, ADJUDGED and DECREED that default judgment is entered and the case is closed.

Dated at New Haven, Connecticut, this 5th day of January 2024.

Dinah Milton Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD: 1/5/2024